UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLUB GENE & GEORGETTI, LP, | ) |
|        Plaintiff, | ) ) ) ) ) Case No.: |
| vs. | ) ) |
| XL INSURANCE AMERICA, INC., | ) ) |
|        Defendant. | ) |

## COMPLAINT

Plaintiff, Club Gene & Georgetti, LP, by its undersigned attorneys, for its Complaint against Defendant, XL Insurance America, Inc., states as follows:

1. Plaintiff, Club Gene & Georgetti, LP, is a citizen of Illinois, being an Illinois limited partnership with its principle place of business in Chicago, Illinois.

2. The partners of Club Gene & Georgetti, LP are Club Gene & Georgetti, Ltd., an Illinois citizen, being an Illinois corporation, and Marion Durpetti, a citizen of Illinois domiciled in River Forest, Illinois.

3. Club Gene & Georgetti, LP is the owner and operator of Gene & Georgetti's, Chicago's oldest steakhouse, located at 500 North Franklin Street in Chicago, Illinois ("the Restaurant").

4. Defendant, XL Insurance America, Inc. ("XL"), is a Delaware and Connecticut citizen, being a Delaware corporation engaged in the business of underwriting and issuing commercial property insurance policies with its principal place of business in Stamford, Connecticut.

5. This Court has subject matter jurisdiction over this matter pursuant to Title 28, U.S.C. § 1332 (c)(1) because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000.

6. Venue is proper in this Court pursuant to Title 28, U.S.C. § 1391 because the events giving rise to its claims occurred in this judicial district. Additionally, XL does business and/or transacts business in this judicial district and, therefore, it is subject to personal jurisdiction in this judicial district and resides here for venue purposes.

7. XL issued to Club Gene & Georgetti, LP a property insurance policy effective December 31, 2018 through December 31, 2019, which (a) insured the Restaurant building on a replacement cost basis against direct physical loss or damage from fire, (b) insured business personal property located in the Restaurant building on a replacement cost basis against direct physical loss or damage from fire, and (c) afforded loss of business income coverage in the event a covered loss such as fire suspended the restaurant operations ("the insurance policy", a copy of which is attached hereto as Exhibit A).

8. On or about October 5, 2019, while the insurance policy was in full force and effect, the Restaurant building and business personal property located in the Restaurant were damaged by fire ("the fire loss").

9. Club Gene & Georgetti, LP duly submitted a claim to XL under the insurance policy.

10. XL acknowledged that the fire loss was covered under the insurance policy.

11. XL has issued a partial payment to Club Gene & Georgetti, LP in the amount of $250,000 toward the cost to repair/replace the fire damage to the Restaurant building and to business personal property located in the Restaurant building.

12. XL also has issued a partial payment to Club Gene & Georgetti, LP in the amount of $219,000 for loss of business income due to the closure of the Restaurant following the fire loss.

13. The actual cost incurred by Club Gene & Georgetti, LP to repair/replace the fire damage to the Restaurant building and business personal property located in the Restaurant building exceeds the $250,000 paid by XL.

14. The business income lost by Club Gene & Georgetti, LP due to the fire exceeds the $219,000 paid by XL, in that the Restaurant operations have been necessarily suspended since the October 5, 2019 fire loss.

15. Club Gene & Georgetti, LP has substantially performed all post-loss conditions required by the insurance policy to be performed by it, requested of it, and/or not waived by XL including, but not limited to, giving prompt notice of the fire loss, cooperating with XL in the investigation of the loss and ensuing claim, and timely filing suit against XL.

16. It is XL's contractual obligation to pay Club Gene & Georgetti, LP all amounts due and owing under the insurance policy for the fire loss, including (a) the actual cost incurred to repair/replace the fire damage to the Restaurant building and to business personal property located in the Restaurant building and (b) the actual loss of business income due to the suspension of the Restaurant operations since the October 5, 2019 fire loss.

17. Although requested to do so, XL has failed and refused to pay the actual cost incurred by Club Gene & Georgetti, LP to repair/replace the fire damage to the Restaurant building and to business personal property in the Restaurant building, which failure and refusal constitutes a breach of the insurance policy.

18. Although requested to do so, XL has failed and refused to pay Club Gene & Georgetti, LP for all of the business income it has lost since October 5, 2019, despite the Restaurant being closed due to the fire loss, which failure and refusal also constitutes a breach of the policy.

19. These breaches of the insurance contract were and are the direct and proximate cause of damage to Club Gene & Georgetti, LP in an amount in excess of $75,000.

20. This is an action based on a "written instrument" within the meaning of the Illinois Interest Act and, therefore, Club Gene & Georgetti, LP is entitled to prejudgment interest.

WHEREFORE, Plaintiff, Club Gene & Georgetti, LP, prays for judgment in its favor and against Defendant, XL Insurance America, Inc., in an amount in excess of $75,000, plus prejudgment interest and costs.

**Plaintiff Demands Trial by Jury.**

/s/Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone:(312) 260-0806
Facsimile: (312) 260-0808
Firm No. 60577
*Attorneys for Plaintiff*